UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

SQRL HOLDINGS LLC, and STANDARD
DEVELOPMENT COMPANY LLC,

CASE NO. 24-cv-2691 RPK-PK

Plaintiffs,

v.

       -against-

PROVENTURE CAPITAL LLC

Defendant.
                                      x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**SUMMONS IN A CIVIL ACTION**

TO DEFENDANT:      PROVENTURE CAPITAL LLC
                               500 W. Putnam Avenue, Suite 400
                               Greenwich, CT 06830

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs or plaintiffs' attorney, whose name and address are:

David T. Azrin, Esq,
Wuersch & Gering LLP
100 Wall Street, 10th Floor
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

BRENDA B. MAHONEY
CLERK OF COURT

Date:___4/11/2024___                        s/Kimberly Davis_____